UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON MICHAEL HECOCK,<br><br>    Defendant. | )<br>) CASE NO.   MJ 11-133<br>)<br>)<br>)<br>) DETENTION ORDER<br>)<br>)<br>) |

<u>Offense charged</u>:   Possession of Marijuana with Intent to Distribute; Possession of MDMA and Hydrocodone with Intent to Distribute

<u>Date of Detention Hearing</u>:   March 31, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged with possessing marijuana, MDMA and Hydrocodone with

01 intent to distribute. He is alleged to have committed these offenses while on supervised release,
02 and is facing revocation proceedings in Case No. CR05-159 RSM. Defendant does not contest
03 detention in this case.

04     (2)     Defendant was not interviewed by Pretrial Services. His background information
05 has not been verified. He poses a risk of nonappearance due to a history of failing to appear and
06 of failing to comply. He poses a risk of danger due to criminal history, a history of
07 noncompliance, and substance abuse issues.

08     (3)     There does not appear to be any condition or combination of conditions that will
09 reasonably assure the defendant's appearance at future Court hearings while addressing the
10 danger to other persons or the community.

11 It is therefore ORDERED:

12     (1)     Defendant shall be detained pending trial and committed to the custody of the
13     Attorney General for confinement in a correction facility separate, to the extent
14     practicable, from persons awaiting or serving sentences or being held in custody
15     pending appeal;

16     (2)     Defendant shall be afforded reasonable opportunity for private consultation with
17     counsel;

18     (3)     On order of a court of the United States or on request of an attorney for the
19     Government, the person in charge of the corrections facility in which defendant
20     is confined shall deliver the defendant to a United States Marshal for the purpose
21     of an appearance in connection with a court proceeding; and

22     (4)     The clerk shall direct copies of this Order to counsel for the United States, to

01          counsel for the defendant, to the United States Marshal, and to the United States

02          Pretrial Services Officer.

03      DATED this 1st day of April, 2011.

04

05                                        _____
                                          Mary Alice Theiler
06                                        United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                                    PAGE 3